# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

LIONEL PERRY,
 Plaintiff,

v.

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, ET AL,
 Defendants.

Case No. SAG-22-1433

## [PROPOSED] ORDER

Upon consideration of the foregoing Joint Motion to Stay Proceedings to Allow for Settlement Discussions, it is this ‗‗18th‗‗ day of ‗‗‗August‗‗‗‗‗‗, 2023, by the United States District Court for the District of Maryland, it is hereby

**ORDERED**, that the above captioned case will be stayed for ninety (90) days, until November ‗‗16‗‗, 2023. It is

**FURTHER ORDERED** that no later than the expiration of this stay, by November ‗‗3‗‗, 2023, the parties file either a notice of settlement in principle or a request for assignment to a Magistrate Judge for settlement proceedings.

**SO ORDERED.**

‗‗‗‗‗‗‗‗/s/‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
STEPHANIE A. GALLAGHER
United States District Judge